This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                          **No. A-1-CA-36054**

**TASHINA BARBER,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Daylene Marsh, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Tucker, Burns, & Hatfield
Ruth Baldwin
Farmington, NM

for Appellant

# MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Defendant Tashina A. Barber appeals her conviction in this case. This Court's

notice of proposed summary disposition proposed to affirm the judgment of the district court. [CN 3] In response, Defendant has filed a notice that she concurs in that proposed disposition. We, therefore, affirm the judgment entered below.

{2}     **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**M. MONICA ZAMORA, Judge**


_____
**JULIE J. VARGAS, Judge**